IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
DOUGLAS E. WHEELER,            )
                               )
              Plaintiff,       )        8:08CV421
                               )
         v.                    )
                               )
ESA, INC., a South Dakota      )        ORDER
corporation, ESA, INC., of     )
SOUTH DAKOTA, n/k/a ESA, INC.,)
REMEDIATION SPECIALISTS, INC.,)
n/k/a ESA, INC., and ENVIRO    )
SAFE AIR, INC., an Iowa        )
corporation,                   )
                               )
              Defendants.      )
_____)
```

This matter is before the Court on the stipulations for dismissal with prejudice (Filing Nos. 34 and 35).  It appears to the Court said filings are identical.  Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 29th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court